UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

John Meggs, et al.,

            Plaintiffs

  v.

Y & S H Inc., et al.,

            Defendants

Case No.: 2:26-cv-01613-CDS-EJY

**Order Regarding Verified Petition of Garrett S. Elsinger**

[ECF No. 5]

Garrett S. Elsinger seeks leave to appear pro hac vice in this matter on behalf of plaintiffs John Meggs and Access 4 All Inc. ECF No. 5. The petition indicates that Elsinger is an active member of the bar of Florida. *Id.* at 2. The petition further states that Elsinger has been granted pro hac vice admission in the District of Nevada five times in the 12 months preceding his present petition. *Id.* at 3. This is Elsinger's sixth petition for admission.

Admission to appear pro hac vice in an action pending in this district is governed by Local Rule IA 11-2. The rule provides that "[a]bsent special circumstances and a showing of good cause, repeated appearances by any attorney under this rule will be cause for denial of the attorney's verified petition." LR IA 11-2(f). It further presumes that more than five appearances in a three-year period is an excessive use of this rule. LR IA 11-2(f)(1). In these instances, "[t]he attorney has the burden to establish special circumstances and good cause for an appearance in excess of limitations set forth in subsection (f)(1) of this rule." LR IA 11-2(f)(2).

Therefore, Elsinger is directed to file an affidavit in response to this order by June 26, 2026, setting forth the special circumstances and demonstrating good cause why his verified petition should be granted in view of the prohibition against such an appearance.

Dated: June 12, 2026

_____
Cristina D. Silva
United States District Judge